# Court of Appeals
# of the State of Georgia

ATLANTA,____August 03, 2015____

*The Court of Appeals hereby passes the following order:*

**A15A2154.  JAMES KURTZ v. THE STATE.**

In 2005, a jury convicted James Kurtz of several sexual offenses.  In 2007, we affirmed the trial court's denial of his motion for a new trial.  *Kurtz v. State*, 287 Ga. App. 823 (652 SE2d 858) (2007).  Kurtz later filed a motion for an evidentiary hearing and demand for a new trial, which the trial court treated as an extraordinary motion for a new trial and denied in April 2015.  Kurtz then filed a notice of appeal to this Court.  We lack jurisdiction.

An order denying an extraordinary motion for a new trial must be appealed by application for discretionary appeal.  OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997).  Thus, Kurtz is not entitled to a direct appeal from the order he challenges, and this direct appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____08/03/2015_____
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.